UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

KIANA HUTCHINS, AS NEXT FRIEND
AND GUARDIAN OF BABY T.E.

|  |  |  |
|---|---|---|
| | ) | CIVIL ACTION NO. 1:19-op-45505 |
| | ) | MDL NO. 1:17-md-02804 |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | O R D E R |
| | ) | |
| PURDUE PHARMA, L.P., PURDUE | ) | |
| PHARMA, INC., THE PURDUE | ) | |
| FREDERICK COMPANY, INC., ET AL | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

In light of the failure by Plaintiff or Plaintiff's guardian to provide to the Court notice of replacement counsel, this action is DISMISSED without prejudice.

IT IS ORDERED.

Date: August 19, 2025

*s/Dan Aaron Polster*
Dan Aaron Polster
United States District Judge